IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | : MDL 3074 <br> : <br> : <br> : E.D.Pa. ACTION NOS.: <br> : 23-md-3074 <br> : 22-cv-4709 <br> : 23-cv-2282 <br> : 23-cv-2287 <br> : 23-cv-2293 <br> : 23-cv-2294 <br> : 23-cv-2295 <br> : 23-cv-2306 <br> : 23-cv-2338 <br> : |

## ORDER

AND NOW, this 18th day of December 2023, following our December 5, 2023 Order (ECF No. 89) granting Plaintiffs Cornell and Montecalvo leave to file an amended Complaint and dismissing the remaining Plaintiffs' claims with prejudice, considering the MDL Plaintiffs' Notice of Election (ECF No. 96) confirming Plaintiffs Cornell and Montecalvo will not amend to plead their Article III standing but will stand upon their allegations in the Consolidated Class Action Complaint (ECF No. 53) for appellate review, Plaintiff Irvin's Notice of Dismissal in No. 23-4008 (ECF No. 86), finding no remaining issues before our Court, and for good cause, it is **ORDERED**:

1. The December 5, 2023 Order (ECF No. 89) is a **final order** dismissing all plead claims and there are no further issues to resolve in this Court; and,

2. The Clerk of Court shall **close** this MDL as well as the individual cases in the caption above.

KEARNEY, J.